```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                          CASE NO. 07 B 14080
   PATRICIA A WILLIAMS
                                                CHAPTER 13

                                                JUDGE: BRUCE W BLACK

       Debtor
   SSN XXX-XX-3601

---------------------------------------------------------------------------
                     TRUSTEE'S FINAL REPORT AND ACCOUNT
---------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the adminstration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 08/06/07 .

     2.  The case was dismissed without confirmation, 11/16/2007.

     3.  The Debtor paid a total of $     593.00 .

---------------------------------------------------------------------------
CREDITOR NAME              CLASS         CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID          PAID
---------------------------------------------------------------------------
GMAC RESCAP LLC          CURRENT MORTG         .00          .00           .00
GMAC RESCAP LLC          MORTGAGE ARRE   NOT FILED          .00           .00
OPTION ONE MTGE          CURRENT MORTG         .00          .00           .00
TOYOTA MOTOR CREDIT CORP SECURED VEHIC         .00          .00           .00
CHASE MANHATTAN BANK USA UNSECURED       NOT FILED          .00           .00
       Summary of disbursements:
---------------------------------------------------------------------------
                    SECURED    PRIORITY    UNSECURED       OTHER        TOTAL
---------------------------------------------------------------------------
TOTAL CLMS ALLOWED      .00        .00          .00          .00          .00
PRINCIPAL PAID          .00        .00          .00          .00          .00
INTEREST PAID           .00        .00          .00          .00          .00
TOTAL PAID              .00        .00          .00          .00          .00
The Debtor's attorney, PAUL O OTUBUSIN             , was allowed $        .00
and was paid $         .00 .

The Trustee received $         .00 .

Refunds to the Debtor totaled $     593.00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.



     Dated: 03/11/08              /S/
                              GLENN STEARNS
                              CHAPTER 13 TRUSTEE
```

```
                              PAGE   2
     CASE NO. 07 B 14080 PATRICIA A WILLIAMS
```